App. Div.]          First Department, October, 1915.

Augusta Landes v. Leonard Landes.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Bridget Clarke v. Herman Uhl.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Alfred Miesto v. Commercial Union Assurance Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John A. Blair v. Turbo-Electric Construction Company and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Conlon Electric Washer Company, Inc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Champe S. Andrews v. Asa Bird Gardiner.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Carlton Illustrators, Inc., v. American Locomotive Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

James S. Meng, as Executor, etc., v. Emigrant Industrial Savings Bank. — Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Benjamin Gibbs v. Arras Brothers, Inc.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Umberto Vinci v. Pasquale Di Mezza and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Knapp & French, Inc.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Margaret A. McCauley, as Administratrix, etc., v. William Bradley & Son.— Motion granted, with ten dollars costs, unless appellant comply with terms as stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Millie Blumberg v. Jacob Corday.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Solomon Schinasi and Others v. Louis Schinasi and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

New York Life Insurance Company v. Reed Realty Company and Others.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Helen A. Wiseman v. Richard L. Treffurth and Others.— Motion to withdraw appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Henry E. Fox v. The City of New York and Others. — Motion granted, with ten dollars costs, unless appellants comply with terms stated in